**No. 56408.**—Frank P. Dow Co., Inc., of Los Angeles *v.* United States, protest 168710–K (Los Angeles).

Opinion by Johnson, J.   An examination of the record disclosing that the protest was not filed within the 60-day period after liquidation, as required by section 514, Tariff Act of 1930, the motion to dismiss was granted.